**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


UNITED STATES OF AMERICA           :
                                   :   CRIMINAL ACTION
          vs.                      :
                                   :   NO. 08-CR-0223-1
JERRICK BART LIMEHOUSE             :


<u>O R D E R</u>

AND NOW, this    9th    day of April, 2021, upon
consideration of Defendant's Emergency Motion for Compassionate
Release/Sentence Reduction Pursuant to 18 U.S.C. Section
3582(c)(1)(A) (Doc. No. 91) and the Government's Response in
Opposition thereto, it is hereby ORDERED that the Motion is
DENIED at this time WITHOUT PREJUDICE and leave to Defendant to
re-file pursuant to 18 U.S.C. Section 3582(c)(1)(A) for
consideration on an expedited basis for the reasons set forth
and as outlined in the preceding Memorandum Opinion.

                              BY THE COURT:


                              s/ J. Curtis Joyner
                              _____
                              J. CURTIS JOYNER,      J.